No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

BELCHER, Commissioner.

Appellant was convicted for the offense of selling flavoring extract for beverage purposes, knowing that the purchaser intended to use the same for beverage purposes, and his punishment was assessed at six months in jail.

The complaint and information, as well as all matters of procedure, appear regular. The record is before us without a statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the Court.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

WOODLEY, Judge.

The conviction is for murder; the punishment assessed by the jury 15 years in the penitentiary.

There is no statement of facts and we find no bills of exception. The proceedings appear to be regular.

The judgment is affirmed.

**CASTILLEJA v. STATE.**
No. 26398.

Court of Criminal Appeals of Texas.
May 13, 1953.

**BOYKIN v. STATE.**
No. 26378.

Court of Criminal Appeals of Texas.
April 15, 1953.

